TEFT, Appellant, v. LINDSAY et al., Respondents. (Supreme Court, Appellate Division, Third Department. October 1, 1897.) Action by Henry Teft against Hugh Lindsay and Daniel E. Lynn. No opinion. Judgment affirmed, with costs.

THOUSAND ISLAND PARK ASS'N v. GRIDLEY. (Supreme Court, Appellate Division, Fourth Department. October 15, 1897.) Action by the Thousand Island Park Association against Helen M. Gridley. No opinion. Motion to dismiss the appeal denied. Motion to stay the proceedings on the first appeal from an order granted. See 44 N. Y. Supp. 1130.

TIERNEY, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 5, 1897.) Action by James Tierney, an infant, by James F. Tierney, his guardian ad litem, against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

THIRD AVE. R. CO. v. METROPOLITAN ST. RY. CO. (Supreme Court, Appellate Division, First Department. May 14, 1897.) Action by the Third Avenue Railroad Company against the Metropolitan Street-Railway Company. No opinion. Motion denied.

THOMAS et al., Appellants, v. McKINNEY et al., Respondents. (Supreme Court, Appellate Division, Third Department. September 8, 1897.) Action by John T. Thomas and others against Mahlon McKinney and others. No opinion. Judgment affirmed, with costs.

THURSTON, Respondent, v. BROOKS et al., Appellants. (Supreme Court, Appellate Division, First Department. May 14, 1897.) Action by John M. Thurston against Frederick W. Brooks and others. N. A. Elsberg, for appellants. C. N. Mackenzie, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

TRACY, Respondent, v. ORMSBY, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 15, 1897.) Action by Edward Tracy against Mary E. Ormsby. No opinion. Judgment and order affirmed, with costs.

TRUSTEES OF EMMANUEL CHURCH, Respondents, v. BRITISH AMERICA ASSUR. CO., Appellant. (Supreme Court, Appellate Division, Third Department. September 8, 1897.) Action by the trustees of the Emmanuel Church against the British America Assurance Company. No opinion. Judgment and order affirmed. with costs.

TULLER, Respondent, v. SILVER–METAL MANUF'G CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 24, 1897.) Action by Charles Tuller against the Silver-Metal Manufacturing Company. No opinion. Motion denied.

TURNER, Respondent, v. TURNER, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 15, 1897.) Action by Charles F. Turner against Mary Stuart Turner, by her guardian ad litem, John A. Stuart. No opinion. Upon stipulation given during the argument, the order appealed from is modified as stated in an order settled and filed with the clerk of this court.

VAN HOUSEN, Respondent, v. CITY OF AUBURN, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 15, 1897.) Action by James Van Housen against the city of Auburn. No opinion. Judgment and order affirmed, with costs.

VAN INGEN et al. v. HILTON. (Supreme Court, Appellate Division, First Department. May 14, 1897.) Action by Edward H. Van Ingen and others against Henry G. Hilton. No opinion. Motion denied, with leave to appellant to move to open default in the court below upon payment of $10 costs. See 46 N. Y. Supp. 1102.

VAN STONE, Respondent, v. SYRACUSE LAND & IMPROVEMENT CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 15, 1897.) Action by Edwin Van Stone against the Syracuse Land & Improvement Company. No opinion. Judgment and order affirmed, with costs.

VEHON, Respondent, v. SHEIL et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 15, 1897.) Action by Emanuel Vehon against Frank J. Sheil, Isaac Rosenbaum and Joseph Steefel. No opinion. Judgment and order affirmed, with costs.

WALCOTT et al., Respondents, v. RICHMAN, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 15, 1897.) Action by J. Walcott and another against Charles F. Richman. No opinion. Order affirmed, with $10 costs and disbursements.

WANDELT, Respondent, v. BURNETT, Appellant. (City Court of New York, General Term. October 26, 1897). Action by Samuel Wandelt against Dillar B. Burnett. J. J. McKlevey, for appellant. W. C. Reddy, for respondent.

PER CURIAM. We think that the order of arrest must stand. The papers upon which it was granted clearly show that the defendant converted money of plaintiff intrusted to him in a fiduciary capacity. Order appealed from affirmed, with costs.

WEBER, Respondent, v. CORMIER et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 26, 1897.) Action by Charles Weber against Frank Cormier and Peter Hay. No opinion. Appeal withdrawn. Action settled by parties.